ANDREW T. HAHN (AH-6283)
RALPH CARTER (RC-6550)
**DUANE MORRIS LLP**
1540 Broadway
New York, New York  10036-4086
Tel: (212) 692-1000
Fax: (212) 692-1020

Email:  athahn@duanemorris.com
             rcarter@duanemorris.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC TAUBMAN, WILLIAM MAYER and FIRST NATIONAL LAND DEVELOPMENT COMPANY OF NEW YORK, LLC, <br><br>                              Plaintiffs, <br><br>         - against - <br><br> ZOHAR COHEN, A.K.A. ZOHAR ABIKZER, A.K.A. ZOHAR ABIKZER COHEN, COHEN BRAFFITS ESTATE DEVELOPMENT, LLC, THOMAS WILLIAMS and BRAFFITS MOUNTAIN LIQUIDATION UNIT, LLC, <br><br>                              Defendants. | Civ. Action No. 2:15-CV-5995 (ADS) |

## NOTICE OF RELATED CASES

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 1.6 and Division of Business Rule 50.3.1, Defendants Zohar Abikzer Cohen, Cohen Braffits Estates Development LLC and Thomas Williams, by and through their counsel, Duane Morris LLP, hereby list the following cases that are related to the above-captioned action:

1. *Abraham Kleinman v. Cohen Braffits Estates Development LLC, et al.*, U.S.B.C., S.D.N.Y., Adv. Proc. No. 15-08359-rdd.

2. *In re Braffits Creek Estates, LLC*, U.S.B.C., D. Nev., No. 12-19780-led.

Dated: New York, New York
October 23, 2015

Respectfully submitted,

**DUANE MORRIS LLP**

By:    s/ Ralph Carter
       Andrew T. Hahn (AH-6283)
       Ralph Carter (RC-6550)
1540 Broadway
New York, New York 10036-4086
Tel: (212) 692-1000
Fax: (212) 692-1020
Email: athahn@duanemorris.com
       rcarter@duanemorris.com

*Attorneys for Defendants*