Matthew L. Johnson (6004)  
JOHNSON & GUBLER, P.C.  
Lakes Business Park  
8831 West Sahara Avenue  
Las Vegas, Nevada 89117  
Phone: (702) 471-0065  
Fax: (702) 471-0075  
Email: mjohnson@mjohnsonlaw.com  

Timothy W. Walsh *(pro hac vice)*  
Jeremy R. Johnson *(pro hac vice)*  
MCDERMOTT WILL & EMERY LLP  
340 Madison Avenue  
New York, New York 10173  
Phone: (212) 547-5400  
Fax: (212) 547-5444  
Email: twwalsh@mwe.com  
       jrjohnson@mwe.com  

*Attorneys for Secured Creditor,*  
*Cohen Braffits Estates Development, LLC*

E-Filed on March 31, 2016

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No.: BK-S-12-19780-LED<br>Ch 11 |
| BRAFFITS CREEK ESTATES, LLC,<br><br>Debtors. | **NOTICE OF ENTRY OF ORDER GRANTING MOTION TO CLOSE CASE AND ENTER FINAL DECREE**<br><br>Date of Hearing: March 29, 2016<br>Time of Hearing: 9:30 AM |

PLEASE TAKE NOTICE that an *Order Granting Motion to Close Case and Enter Final Decree* [Dkt 384] ("Order") was entered in the above-referenced matter. A true and correct copy of the Order is attached.

DATED this 31st day of March, 2016.

JOHNSON & GUBLER, P.C.

*/s/ Matthew L. Johnson*  
Matthew L. Johnson (6004)  
Lakes Business Park  
8831 West Sahara Avenue  
Las Vegas, Nevada 89117

-1-

**CERTIFICATE OF SERVICE**

On this 31st day of March, 2016, I served the foregoing **NOTICE OF ENTRY OF ORDER GRANTING MOTION TO CLOSE CASE AND ENTER FINAL DECREE** by ECF System to the persons and addresses listed below.

*See* attached Electronic Mail Notice List.

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ *Annabelle M. Nudo*
An Employee of
JOHNSON & GUBLER, P.C.

JOHNSON & GUBLER, P.C.
LAKES BUSINESS PARK
8831 WEST SAHARA AVENUE
LAS VEGAS, NEVADA 89117
(702) 471-0065
(702) 471-0075

-2-

# Mailing Information for Case 12-19780-led

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **JONAS V. ANDERSON**  jonas.v.anderson@usdoj.gov
- **OGONNA M. BROWN**  obrown@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
- **GEOFFREY L. CHESNUT**  gchesnut@expresslaw.com
- **PATRICK R. DRISCOLL**  pdriscoll@patrickdriscolllaw.com, shansen@patrickdriscolllaw.com;slee@patrickdriscolllaw.com;mobilebklasvegas@gmail.com
- **MATTHEW L. JOHNSON**  annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;kylie@mjohnsonlaw.com
- **U.S. TRUSTEE - LV - 11**  USTPRegion17.lv.ecf@usdoj.gov
- **WHITNEY B. WARNICK**  wbw@albrightstoddard.com, cgrey@albrightstoddard.com
- **DAVID J. WINTERTON**  david@davidwinterton.com, christy@davidwinterton.com;tennille@davidwinterton.com;Julie@davidwinterton.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**G MARK ALBRIGHT**
801 S RANCHO DR #D4
LAS VEGAS, NV 89106

**G MARK ALBRIGHT**
801 S RANCHO DR #D4
LAS VEGAS, NV 89106

**MATTHEW D. CARLING**
1100 S. TENTH STREET
LAS VEGAS, NV 89101

**BRUCE C. JENKINS**
VIAL FOTHERINGHAM SG. LLP
285 W. TABERNACLE ST., SUITE 301
ST. GEORGE, UT 84770

**BARRY S. KANTROWITZ**
747 CHESTNUT RIDGE ROAD
CHESTNUT RIDGE, NY 10977-6216

**JAMES ROSE**
SUMMIT MOUNTAIN HOLDINGS, LLC
782 S. RIVER ROAD, UNIT 231
ST. GEORGE, UT 84790

## Creditor List

Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
March 31, 2016

Matthew L. Johnson (6004)
JOHNSON & GUBLER, P.C.
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
Email: mjohnson@mjohnsonlaw.com

Timothy W. Walsh *(pro hac vice)*
Jeremy R. Johnson *(pro hac vice)*
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173
Phone: (212) 547-5400
Fax: (212) 547-5444
Email: twwalsh@mwe.com
         jrjohnson@mwe.com

*Attorneys for Secured Creditor,
Cohen Braffits Estates Development, LLC*

E-lodged: March 30, 2016

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>BRAFFITS CREEK ESTATES, LLC,<br><br>Debtor. | Case No.: BK-S-12-19780-LED<br>Ch 11<br><br>**ORDER GRANTING MOTION TO CLOSE CASE AND ENTER FINAL DECREE**<br><br>**Date of Hearing: March 29, 2016**<br>**Time of Hearing: 9:30 AM** |

This matter came before the Court on March 29, 2016, on Secured Creditor's, Cohen

-1-

1. Braffits Estates Development, LLC ("Secured Creditor"), *Motion to Close Case and Enter Final Decree* ("Motion"); Matthew L. Johnson appeared on behalf of Secured Creditor, Athanasios Agelakopoulos appeared on behalf of the United States Trustee, and Ogonna M. Brown appeared on behalf of Summit Mountain Holdings, LLC ("Summit Mountain"). Counsel for Summit Mountain apprised the Court that Secured Creditor's March 15, 2016 Plan payments was not timely made to Iron County pursuant to confirmation from Nicole Rosenberg with the Iron County Treasurer that as of the morning of March 29, 2016, the Secured Creditor had not paid the $242,000. Counsel for Summit Mountain further represented to the Court that Secured Creditor represented to Iron County that the payment of $855,000 would be made to Iron County no later than April 29, 2016. The Court having considered all pleadings and papers on file, having been fully apprised of the matter, and based upon the representations of counsel at the hearing that U.S. Trustee's fees have been paid but that it is unclear whether those funds have cleared and been posted to the appropriate account by the United States Trustee Program due to a signature issue, as acknowledged by the Secured Creditor's counsel on the record, and upon the findings of fact and conclusions of law placed on the record at the hearing and incorporated herein pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure, which incorporates by reference Rule 52 of the Federal Rules of Civil Procedures, and good cause appearing,

IT IS HEREBY IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Secured Creditor's Motion is hereby GRANTED.

IT IS FURTHER IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this Final Decree is ENTERED.

IT IS FURTHER IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Chapter 11 case of the above-referenced Debtor is CLOSED.

*Left margin:* JOHNSON & GUBLER, P.C. / LAKES BUSINESS PARK / 8831 WEST SAHARA AVENUE / LAS VEGAS, NEVADA 89117 / (702) 471-0065 / (702) 471-0075

JOHNSON & GUBLER, P.C.
LAKES BUSINESS PARK
8831 WEST SAHARA AVENUE
LAS VEGAS, NEVADA 89117
(702) 471-0065
(702) 471-0075

1   IT IS SO ORDERED.

2   In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

3

4   ____ The court has waived the requirement set forth in LR 9021(b)(1).

5   ____ No party appeared at the hearing

6   XXX  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| PARTY | APPROVE | DISAPPROVE | NO RESPONSE |
|---|---|---|---|
| Athanasios Agelakopoulos<br>*Attorney for the United States Trustee*<br>Athanasios.agelakopoulos@usdoj.gov<br>*/s/ Athanasios Agelakopoulos* | X | | |
| Ogonna M. Brown<br>*Attorney for Summit Mountain Holdings, LLC*<br>obrown@nevadafirm.com<br>*/s/ Ogonna M. Brown* | X | | |

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:
JOHNSON & GUBLER, P.C.

*/s/ Matthew L. Johnson*
Matthew L. Johnson (6004)
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada  89117

*Attorneys for Secured Creditor,*
*Cohen Braffits Estates Development, LLC*

-3-